IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02572-PAB-KLM

ROCKY RIDGE WEST, LLC,

    Plaintiff,

v.

OXY USA, INC.,
DAWSON GEOPHYSICAL COMPANY,
TRNCO PETROLEUM CORPORATION, and
MCDONALD LAND SERVICES, INC.,

    Defendants.
_____

## MINUTE ORDER
_____

**ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX**

    This matter is before the Court on Plaintiff's **Motion for Leave to Amend Complaint to Join Additional Party** [#35] (the "Motion to Amend") and on Defendant TRNCO Petroleum Corporation's **Unopposed Motion to Reschedule the Scheduling Conference** [#38] (the "Motion to Reset"). No timely Response was filed in opposition to the Motion to Amend [#35].

    IT IS HEREBY **ORDERED** that the Motion to Amend [#35] is **GRANTED**. The Clerk of Court is directed to accept Plaintiff's Amended Complaint [#35-1] for filing as of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that Plaintiff shall serve newly-named Defendant Geophysical Navigation Services, LP, **within 30 days** of the date of this Minute Order.

    IT IS FURTHER **ORDERED** that the Motion to Reset [#38] is **GRANTED** to the extent it seeks a resetting of the Scheduling Conference. The Scheduling Conference is **RESET** to **April 21, 2016**, at **11:00 a.m.** in Courtroom A-401 of the Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado.

    IT IS FURTHER **ORDERED** that the parties shall submit their proposed scheduling order pursuant to the District of Colorado Electronic Case Filing ("ECF") Procedures. The parties shall submit the proposed scheduling order no later than **April 14, 2016**.

    Dated: February 11, 2016