IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 15-cv-02572-PAB-KLM

ROCKY RIDGE WEST, LLC,

    Plaintiff,

v.

OXY USA, INC.,
DAWSON GEOPHYSICAL COMPANY,
TRNCO PETROLEUM CORPORATION, and
MCDONALD LAND SERVICES, LLC,

    Defendants.

## MINUTE ORDER

**Entered by Judge Philip A. Brimmer**

    This matter is before the Court on defendant TRNCO Petroleum Corporation's Motion to Dismiss [Docket No. 31]. On April 8, 2016, plaintiff filed an Amended Complaint [Docket No. 71] pursuant to the Minute Order [Docket No. 52] granting plaintiff's Motion to Amend Complaint [Docket No. 35]. Thus, the Amended Complaint became the operative pleading in this action, and the Motion to Dismiss [Docket No. 31] is directed to an inoperative, superseded pleading. *See, e.g., Gilles v. United States*, 906 F.2d 1386, 1389 (10th Cir. 1990) ("a pleading that has been amended under Rule 15(a) supersedes the pleading it modifies") (internal quotation marks omitted). As such, the motion to dismiss is moot. It is

    **ORDERED** that defendant TRNCO Petroleum Corporation's Motion to Dismiss [Docket No. 31] is DENIED as moot.

    DATED April 12, 2016.